UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS **05CR 1 0 1 5 2 DPW**

|                              |   |                              |
|------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA     | ) | CRIMINAL VIOLATIONS:         |
|                              | ) |                              |
|                              | ) | 18 U.S.C. § 922(g)(1)        |
| v.                           | ) | (Felon in Possession of      |
|                              | ) | Firearm and Ammunition)      |
|                              | ) |                              |
| RAUL RIOS,                   | ) |                              |
|                              | ) |                              |
|              Defendant       | ) |                              |

INDICTMENT

COUNT ONE:    (18 U.S.C. § 922(g)(1) - Felon in Possession of
              Firearm and Ammunition)

The Grand Jury charges that:

On or about on January 3, 2005, at Lawrence, in the

District of Massachusetts,

RAUL RIOS,

defendant herein, having previously been convicted in a court

of a crime punishable by imprisonment for a term exceeding one

year, did knowingly possess, in and affecting commerce, a

firearm, to wit, a Stallard Arms 9mm semi-automatic pistol

with an obliterated serial number, and ammunition, to wit,

several rounds of 9mm ammunition and one round of 12-gauge

shotgun ammunition.

All in violation of Title 18, United States Code, Section

922(g)(1).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JØHN A. CAPIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS;                    June 15, 2005.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK        2:40pm.

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** ⁓ 1 0 1 5 2 D P W **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. _II___  Investigating Agency _ATF_____

City _Lawrence_____  **Related Case Information:**

County _Essex_____  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Raul Rios_____  Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): _1979_ SSN (last 4 #): _9551_ Sex _M_ Race: _____ Nationality: _USA_____

**Defense Counsel if known:** _____  Address: _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _John A. Capin_____  Bar Number if applicable _557277_____

Interpreter: ☐ Yes ☒ No  List language and/or dialect: _____

Matter to be SEALED: ☒ Yes ☒ No

☒ **Warrant Requested**  ☐ **Regular Process**  ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☒ **Already in State Custody** _Essex HOC (Mddltn)_ ☐ **Serving Sentence** ☒ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1_____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: **June 15, 2005** _____  Signature of AUSA: _____

05 CR 1 0 1 5 2 D P W

<u>JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse</u>

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    <u>Raul Rios</u> _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  <u>18 U.S.C. § 922(g)(1)</u> | <u>Poss'n of Firearm and Ammunition by Felon</u> | <u>1</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

_____

_____