```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA )
                         )
v.                       )    Criminal No. 05-10152-DPW
                         )
RAUL RIOS                )
```

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America by and through Assistant United States Attorney John A. Capin respectfully represents:

1. That RAUL RIOS is presently incarcerated at the Essex County Correctional Facility, Middleton, Massachusetts, and that on June 23, 2005, he will be incarcerated at that institution.

2. That on June 15, 2005, RAUL RIOS was indicted in the above-captioned case on a charge of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

3. That RAUL RIOS is scheduled to appear before the United States District Court in Boston, Massachusetts for the purpose of an arraignment in this case on June 23, 2005, as scheduled by the Court.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to be directed to the Warden, Essex County Correctional Facility, Middleton, Massachusetts, or to any other person having custody and control of RAUL RIOS, commanding them to produce RAUL RIOS before the United States District Court, District of Massachusetts, John Joseph Moakley United States Courthouse, Boston, Massachusetts, for the purpose of

arraignment in this case on June 23, 2005 at 12:15 p.m.

         Respectfully submitted,

         MICHAEL J. SULLIVAN
         United States Attorney

      By: /s/ John A. Capin
         _____
         JOHN A. CAPIN
         Assistant U.S. Attorney
         (617) 748-3264

ALLOWED:


_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE


DATED: _____