UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number: 05-10152-DPW |
| ) | |
| RAUL RIOS ) | |

## WAIVER

I, **RAUL RIOS**, fully understand that a federal detainer arising out of *United States v. Raul Rios*, Criminal Number 05-10152-DPW, was placed against me at the Essex County Correctional Facility, Middleton, Massachusetts, and said detainer remains on file at that institution. I also fully understand that I am now a sentenced prisoner, serving a prison sentence imposed upon me by a state court in Massachusetts.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the federal court securing my presence for proceedings on the above-styled federal indictment.

I have discussed this matter fully with my attorney, Elliot M. Weinstein, Esq., and after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings in this case, *United States v. Raul Rios*, Criminal Number 05-10152-DPW, and I further voluntarily consent to the federal court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is needed in federal court, and voluntarily consent to be returned

6/23/05
N. Russo

to state custody after each proceeding at which my presence was achieved through a Federal Writ of Habeas Corpus Ad Prosequendum.

Signed in Boston, Massachusetts.

_____
RAUL RIOS, Defendant

_6/23/05_____
Date

*Witnessed by:*

_____
ELLIOT M. WEINSTEIN,
Attorney for the Defendant

_6/23/05_____
Date