AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAUL RIOS

**WARRANT FOR ARREST**

CASE NUMBER: 05CR10152DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RAUL RIOS___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [×] Probation Violation Petition

charging him or her with (brief description of offense)

Felon in Possession of Firearm and Ammunition

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

Catherine M. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

6-15-05 Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 6/23/05

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

[Stamp: 2005 JUN 15 P 4:3 — RECEIVED U.S. MARSHAL SERVICE BOSTON, MA]