# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                    CRIMINAL NO. 2005-10152-DPW

RAUL RIOS,
    Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/15/2005 - Indictment returned.

6/23/2005 - Initial Appearance/Arraignment

6/24 - 7/28/2005 - Excluded as per L.R. 112.2(A)(2)

9/6/2005 - Conference held.

9/7 - 10/28/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of October 28, 2005, THIRTY-NINE (39) non-excludable days will have occurred leaving THIRTY-ONE (31) days left to commence trial so as

to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 6, 2005.