UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CR. NO. 05-10152

RAUL RIOS

MOTION TO ENLARGE TIME FOR FILING MOTIONS

Defendant Raul Rios, by his attorney, moves that this Court enlarge the time for filing motions to suppress evidence to November 21, 2005.

Defense counsel, due to family obligations, will be unable to properly prepare and present the motion any earlier than the requested date.

RAUL RIOS
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

October 17, 2005