# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                         CRIMINAL NO. 2005-10152-DPW

RAUL RIOS,
       Defendant.

## ORDER RETURNING CASE
## TO DISTRICT JUDGE FOR CHANGE OF PLEA

COLLINGS, U.S.M.J.

The Court has been informed that the above-named defendant intends to plead guilty to the charge(s) contained in the Indictment.

ACCORDINGLY, THE CASE AS TO THE ABOVE-NAMED DEFENDANT IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE WOODLOCK'S SESSION.

                                                /s/ Robert B. Collings
                                              ROBERT B. COLLINGS
                                              United States Magistrate Judge

Date: November 21, 2005.