## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to: THE SUPERINTENDENT OF THE ESSEX COUNTY CORRECTIONAL FACILITY
ESSEX COUNTY JAIL AND CORRECTIONAL FACILITY

20 Manning Avenue
P.O. Box 807
Middleton, MA 01949-2807

YOU ARE COMMANDED to have the body of **RAUL RIOS. (DOB:   1979)** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 22, on the 7th floor, Boston, Massachusetts on MONDAY, DECEMBER 5, 2005, at 2:00 PM for the purpose of CHANGE OF PLEA in the case of UNITED STATES OF AMERICA **V**. RAUL RIOS Docket Number 05-CR-10152-DPW.

And you are to retain the body of said RAUL RIOS while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said RAUL RIOS to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 30TH day of NOVEMBER , 2005.

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: /s/ Michelle Rynne

Michelle Rynne, Deputy Clerk
To the Honorable Douglas P. Woodlock

(HabeasRIOS.wpd - 2/2000)