UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          CR. NO. 05-10152

RAUL RIOS

MOTION FOR PRE-PLEA PRESENTENCE REPORT

Defendant Raul Rios, by his attorney, moves that this Court authorize a presentence investigation and report pursuant to Rule 32, Rules of Criminal Procedure and 18 U.S.C. §3552 prior to scheduling a Rule 11 hearing.

Defendant submits that this procedure will further the interests of justice and permit him to make an informed decision regarding final resolution of the indictment.

                                       RAUL RIOS
                                       By his attorney,

                                       /s/ Elliot M. Weinstein
                                       Elliot M. Weinstein
                                       BBO #520400
                                       228 Lewis Wharf
                                       Boston, MA 02110
                                       617-367-9334

January 11, 2006